NEWTON F. PARKS, RESPONDENT, *v.* WILLIAM E. HENRY, APPELLANT.

Judgment of the county court reversed, and that of the justice affirmed. *Held*, that the sale of a part of the mortgaged chattels by the mortgagor for commodities other than cash was in violation of the terms of the mortgage, and authorized the mortgagee to take possession of the property.

HENRY W. GREEN, RESPONDENT, *v.* THOMAS EDGAR AND OTHERS, APPELLANTS.

Judgment reversed, and new trial ordered before another referee, costs to abide event. *Held*, that a servant may be discharged by the master from his employment, provided a sufficient cause actually exists, whether the same was known to or assigned by the master at the time of the discharge or not; and that the special findings show that sufficient grounds for the discharge existed at the time of the discharge.

HENRY J. FORWARD AND ANOTHER, APPELLANTS, *v.* THE BANK OF BATAVIA, RESPONDENT.

Declined to be considered, because of the want of a certificate showing that the papers submitted are copies of the papers used on the motion.

EMMA J. RADLEY, RESPONDENT, *v.* J. FITCH WALKER, APPELLANT.

Order appealed from affirmed, with $10 costs, and disbursements. *Beach* v. *Mayor* (14 Hun, 79); *Chapin* v. *Thompson* (16 Id., 53), followed. The county judge had power to allow costs on vacating the order. (Code of Civ. Pro., § 315.)

THE UNION HOTEL COMPANY, RESPONDENT, *v.* THOMPSON HERSEE, APPELLANT.

Order appealed from affirmed, with $10 costs, and disbursements. TALCOTT, P. J., not sitting. (Laws of 1832, ch. 295, § 1.)